AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| | ) | Case No.   1:21CR159 |
| RICHARD GOULD | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ❏ Complaint

❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of Court

| Place: Video Conference (AKRON) | Courtroom No.:   via video |
|---|---|
| | Date and Time:   04/06/2021 11:00 am * |

This offense is briefly described as follows:

*Arraignment is via Zoom.  Counsel will receive, via email, an invite to the scheduled hearing, as well as instructions regarding usage.  Counsel in turn, shall forward the invite and instructions to their client, and are responsible for ensuring their client's participation in the conference.  Counsel/Defendant must contact closest U.S. Marshal office after hearing for processing of Defendant.

Date:        03/16/2021



SANDY OPACICH
*Clerk*

s/Gina M. Page
*Courtroom Clerk to the Honorable*
*Kathleen B. Burke (330) 252-6172*