# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-cr-159 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD GOULD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

On April 15, 2021, the Court conducted a pretrial status conference with counsel for the United States and for Defendant Richard Gould. Counsel for the United States indicated discovery was forthcoming in the next week or so but was unable to provide a reliable estimate of its volume. Counsel for Defendant represented to the Court that Defendant will work diligently to review that discovery, but due to the nature of the case, it may take some time. Counsel also indicated she would likely be filing a suppression motion on Defendant's behalf.

Based on this discussion, the Court determined that the case cannot be tried within the speedy-trial deadline of June 15, 2021. In doing so, the Court finds that the ends of justice are served by tolling the running of the speedy-trial clock through the filing of Defendant's motion to suppress, which is scheduled for August 16, 2021, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (ii), and (iv) and outweigh the best interest of the public and Defendant in a speedy trial.

Therefore, the Court finds the period of time elapsing from April 15, 2021, through and including August 16, 2021, is properly and shall be excluded from the speedy trial calculation. As of the date of this Order, by the Court's calculation, nine (9) days have elapsed on the speedy-trial period set forth in 18 U.S.C. § 3161(c)(1).

**SO ORDERED**.

Dated: April 15, 2021

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio