# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-cr-159 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD GOULD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On September 16, 2021, the Court conducted a pretrial status conference with counsel for the United States and for Defendant Richard Gould. Counsel for the United States indicated that it finished discovery and that they would supplement discovery as necessary. Counsel for the United States anticipates that trial will take approximately seven (7) days. Counsel for Defendant represented to the Court that Defendant received the discovery. Counsel for Defendant further represented to the court that Mr. Gould is experiencing chronic back pain and is scheudled to undergo serious back surgery on or before November 12, 2021, which will require four to six months for recovery.

Based on this discussion, the Court determined that Defendant is physically unable to stand trial within the speedy-trial deadline of October 24, 2021. The Court finds that pursuant to 18 U.S.C. § 3161(h)(4) the ends of justice are served by tolling the running of the speedy-trial clock until the next pretrial conference scheduled for January 12, 2022.

As of the date of this Order, by the Court's calculation, 31 days have elapsed on the speedy-trial period set forth in 18 U.S.C. § 3161(c)(1).

**SO ORDERED**.

Dated: September 16, 2021

                                J. Philip Calabrese
                                United States District Judge
                                Northern District of Ohio