# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:21-cr-159 |
| ) | |
| Plaintiff, ) | Judge J. Philip Calabrese |
| ) | |
| v. ) | |
| ) | |
| RICHARD GOULD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On January 12, 2022, the Court conducted a pretrial status conference with counsel for the United States and for Defendant Richard Gould. Counsel for Defendant represented to the court that Mr. Gould has continued to experience chronic back pain for which he is taking pain medication. Further, his back surgery scheduled for November 12, 2021, has been postponed several times due to the Covid-19 pandemic and is now scheduled for March 11, 2022, which will require four to six months for recovery.

Based on this discussion, the Court determined that Defendant is physically unable to stand trial within the speedy-trial deadline of February 20, 2022. The Court finds that pursuant to 18 U.S.C. § 3161(h)(4) that the ends of justice are served by tolling the running of the speedy-trial clock until the next pretrial conference scheduled for June 2, 2022 at 2:00 p.m.

As of the date of this Order, by the Court's calculation, 31 days have elapsed on the speedy-trial period set forth in 18 U.S.C. § 3161(c)(1).

**SO ORDERED**.

Dated: January 12, 2022

J. Philip Calabrese
United States District Judge
Northern District of Ohio