IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,          )
      Plaintiff          )          Case No. 1:21-cr-00159-JPC
                )
v.          )          Judge J. Philip Calabrese
                )
RICHARD GOULD,          )
                )
      Defendant          )          **DEFENDANT'S STATUS REPORT**
                )

The undersigned, counsel for Defendant Richard Gould in the above-captioned case, hereby notifies this Honorable Court that the Defendant had a five hour surgery on March 11, 2022, and is at home recuperating and working on rehabilitation and regaining strength.

Defendant was scheduled for his first post-operative visit on March 30, 2022.  At the point in time this report is being submitted to comply with the March 31, 2022, deadline counsel has not had the opportunity to communicate with the Defendant to be able to report on the status of that visit.

Respectfully submitted,

CAROL A. SZCZEPANIK (0025069)
Law Office of Carol A. Szczepanik, LLC
Counsel for Defendant
P.O Box 214
10808 Kinsman Road
Newbury, Ohio  44065
Tel. No.:  440-337-9930
Fax No.:  440-337-9933
cszczepanik@geaugalaw.com

## CERTIFICATE OF SERVICE

A copy of this Status Report was sent to Assistant United States Attorney Brian

McDonough on March 30, 2022, by e mail addressed to Brian.McDonough@usdoj.gov.


CAROL A. SZCZEPANIK (0025069)
Attorney for Defendant