UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-cr-159 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD GOULD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

On April 28, 2022, counsel for Defendant confirmed with medical support that Defendant remains incapacitated and heavily medicated as a result of his back surgery in March 2022. (ECF No. 16.) Based on this report, the Court determines that Defendant is physically unable to stand trial within the speedy-trial deadline of July 11, 2022. The Court finds that pursuant to 18 U.S.C. § 3161(h)(4) that the ends of justice are served by tolling the running of the speedy-trial clock until the next pretrial conference scheduled for July 18, 2022 at 3:00 p.m.

As of the date of this Order, by the Court's calculation, 31 days have elapsed on the speedy-trial period set forth in 18 U.S.C. § 3161(c)(1).

**SO ORDERED**.

Dated: April 29, 2022

                                              J. Philip Calabrese
                                              United States District Judge
                                              Northern District of Ohio