IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>)<br>**RICHARD GOULD,** )<br>)<br>)<br>**Defendant** ) | Case No. 1:21-cr-00159-JPC<br><br>Judge J. Philip Calabrese<br><br><br><br>**DEFENDANT'S MOTION FOR**<br>**CONTINUANCE OF STATUS CONFERENCE** |

The undersigned, counsel for Defendant Richard Gould in the above-captioned case, hereby respectfully requests that the status conference scheduled in the above-captioned case on July 18, 2022, be rescheduled to another date because of a conflict in counsel's trial schedule. In support thereof, the Defendant states;

1.) By court order issued on April 29, 2022, a status conference scheduled for June 2, 2022, in this case was rescheduled for July 18, 2022, at 3:00 p.m.

2.) Defendant's counsel is scheduled for a two day trial in Geauga County Court of Common Pleas scheduled to begin on July 18, 2022, at 9:00 a.m.

3.) Because of the scheduled trial in Geauga Count Defendant's counsel will not be able to attend the status conference in this case currently scheduled for 3:00 p.m. on July 18, 2022.

4.) Assistant United States Attorney Brian McDonough has been contacted and has no objection to this motion for continuance.

5.) At this point in time the schedules for Defendant's counsel, the Defendant, and Assistant United States Attorney Brian McDonough are open for the entire week of July 25, 2022, as a possibility for rescheduling the status conference in this case.

WHEREFORE, it is prayed that this motion be granted and the status conference be rescheduled.

Respectfully submitted,

*Carol A. Szczepanik*
CAROL A. SZCZEPANIK (0025069)
Law Office of Carol A. Szczepanik, LLC
Counsel for Defendant
P.O Box 214
10808 Kinsman Road
Newbury, Ohio 44065
Tel. No.: 440-337-9930
Fax No.: 440-337-9933
cszczepanik@geaugalaw.com

### CERTIFICATE OF SERVICE

A copy of this Motion for Continuance was sent to Assistant United States Attorney Brian McDonough on May 3, 2022, by e mail addressed to Brian.McDonough@usdoj.gov.

*Carol A. Szczepanik*
CAROL A. SZCZEPANIK (0025069)
Attorney for Defendant