IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | Case No. 1:21-cr-00159-JPC |
| v. | ) | Judge J. Philip Calabrese |
| RICHARD GOULD, | ) | |
| Defendant | ) | **DEFENDANT'S STATUS REPORT** |

The undersigned, counsel for Defendant Richard Gould in the above-captioned case, hereby notifies this Honorable Court that the Defendant is continuing to recuperate from his extensive surgery performed on March 11, 2022. He is capable of driving at this point in time and has weaned himself off of the pain medications although he continues to experience significant nerve pain. He is at a point where he can actively participate in his defense and will be able to attend the status conference scheduled for August 10, 2022.

Respectfully submitted,

*/s/ Carol A. Szczepanik*
CAROL A. SZCZEPANIK (0025069)
Law Office of Carol A. Szczepanik, LLC
Counsel for Defendant
P.O Box 214
10808 Kinsman Road
Newbury, Ohio 44065
Tel. No.: 440-337-9930
Fax No.: 440-337-9933
cszczepanik@geaugalaw.com

## CERTIFICATE OF SERVICE

A copy of this Status Report was sent to Assistant United States Attorney Brian McDonough on July 13, 2022, by e mail addressed to Brian.McDonough@usdoj.gov.

*Carol A. Szczepanik*
CAROL A. SZCZEPANIK (0025069)
Attorney for Defendant