# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-cr-159 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD GOULD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# **ORDER**

On August 10, 2022, the Court held a status conference with counsel and Defendant. The parties indicated that discovery is completed but that the parties plan to confer to discuss some outstanding issues. Defendant also indicated that he has started taking pain medication and is due for another post-operation check-up in mid-September.

Based on this conversation, the Court determines that the case cannot be tried within the speedy-trial deadline of August 26, 2022. In doing so, the Court finds that, by allowing time for discovery, the ends of justice are served by tolling the running of the speedy-trial clock through the next pretrial conference pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (ii), and (iv) outweighs the best interest of the public and Defendant in a speedy trial.

Based on the foregoing, the Court finds the period of time elapsing from August 10, 2022, through and including October 5, 2022, is properly and shall be excluded from the speedy trial calculation. As of the date of this Order, by the Court's

calculation, fifty-four (54) days have elapsed on the speedy-trial period set forth in 18 U.S.C. § 3161(c)(1).

**SO ORDERED**.

Dated:  August 11, 2022

_____

J. Philip Calabrese
United States District Judge
Northern District of Ohio