IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, )
                                             )
        Plaintiff                 )   Case No. 1:21-cr-00159-JPC
                                             )
v.                                              )   Judge J. Philip Calabrese
                                              )
RICHARD GOULD, )
                                             )   **DEFENDANT'S STATUS REPORT**
        Defendant               )

The undersigned, counsel for Defendant Richard Gould in the above-captioned case, hereby notifies this Honorable Court that the Defendant had a "nerve block' procedure on September 14, 2022, which confirmed that his current pain is not attributable to the fusion surgery undertaken earlier this year. It is attributable to a herniated disc and facet joint problem at lumbar two and three. On September 22, 2022, the Defendant had an appointment with his surgeon, Doctor Jason W. Savage. He was advised that, pending the results of some additional tests yet to be administered, additional spine surgery for the lumbar two and three problem is most likely forthcoming. He has also been advised that the additional surgery will be performed in a matter of weeks rather than being scheduled in a matter of months.

Respectfully submitted,

*/s/ Carol A. Szczepanik*
CAROL A. SZCZEPANIK (0025069)
Law Office of Carol A. Szczepanik, LLC
Counsel for Defendant
P.O Box 214
10808 Kinsman Road
Newbury, Ohio 44065
Tel. No.: 440-337-9930
Fax No.: 440-337-9933
cszczepanik@geaugalaw.com

## CERTIFICATE OF SERVICE

A copy of this Status Report was sent to Assistant United States Attorney Brian McDonough on September 23, 2022, by e mail addressed to Brian.McDonough@usdoj.gov.

*/s/ Carol A. Szczepanik*
CAROL A. SZCZEPANIK (0025069)
Attorney for Defendant