UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-cr-00159 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Kathleen B. Burke |
| RICHARD GOULD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

On October 5, 2022, the Court held a status conference by Zoom on the record. At the hearing, counsel represented that they anticipated a plea agreement shortly, but need time to conclude their negotiations. Additionally, defense counsel requires additional time to confer with her client in light of his health condition.

For these reasons, and so as not to deny counsel the reasonable time necessary for the effective preparation of their respective cases, the Court determined that the case cannot be tried within the current speedy-trial deadline of October 21, 2022. In doing so, the Court finds that the ends of justice are served by tolling the running of the speedy-trial clock through the next pretrial conference pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (iv) and outweigh the best interest of the public and Defendant in a speedy trial.

Based on the foregoing, the Court finds the period of time elapsing from October 5, 2022 through and including the next pretrial conference, which is presently scheduled for October 26, 2022, is properly and shall be excluded from the

1

speedy trial calculation. As of the date of this Order, by the Court's calculation, fifty-four (54) days have elapsed on the speedy-trial period set forth in 18 U.S.C. § 3161(c)(1).

**SO ORDERED.**

Dated: October 5, 2022

J. Philip Calabrese
United States District Judge
Northern District of Ohio