UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-cr-00159 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Kathleen B. Burke |
| RICHARD GOULD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

On October 23, 2022, counsel for Defendant filed a status report concerning Defendant's health condition and requested a continuance of the change of plea hearing scheduled for October 26, 2022. For good cause shown, and without objection, the Court continued the hearing to December 22, 2022 at 2 p.m.

For these reasons, and so as not to deny counsel the reasonable time necessary for the effective preparation of their respective cases, the Court determined that the case cannot be tried within the current speedy-trial deadline of November 9, 2022. In doing so, the Court finds that the ends of justice are served by tolling the running of the speedy-trial clock through the next pretrial conference pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (iv) and outweigh the best interest of the public and Defendant in a speedy trial.

Based on the foregoing, the Court finds the period of time elapsing from October 24, 2022 through and including the next hearing, which is presently scheduled for December 22, 2022, is properly and shall be excluded from the speedy

trial calculation. As of the date of this Order, by the Court's calculation, fifty-four (54) days have elapsed on the speedy-trial period set forth in 18 U.S.C. § 3161(c)(1).

**SO ORDERED.**

Dated: October 24, 2022

                                    J. Philip Calabrese
                                    United States District Judge
                                    Northern District of Ohio