IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR159 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD GOULD, | ) | <u>JUDGMENT SATISFACTION</u> |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Suzana K. Koch,

Assistant United States Attorney, and hereby acknowledges the criminal monetary judgment in

this case, for this Defendant, is satisfied.


Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By:  /s/ Suzana K. Koch
    Suzana K. Koch (OH: 0073743)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3600
    (216) 522-4542 (facsimile)
    Suzana.Koch@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, September 22, 2023, a copy of the Judgment

Satisfaction was filed electronically. Notice of this filing will be sent to all parties by operation

of the Court's electronic filing system. All other parties will be served by regular U.S. Mail.

Parties may access this filing through the Court's system.

<div style="margin-left: 40%;">

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By:  /s/ Suzana K. Koch
     Suzana K. Koch (OH: 0073743)
     Assistant United States Attorney
     United States Court House
     801 West Superior Avenue, Suite 400
     Cleveland, OH 44113
     (216) 622-3600
     (216) 522-4542 (facsimile)
     Suzana.Koch@usdoj.gov

</div>