# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:21-cr-00159 |
| ) | |
| Plaintiff, ) | Judge J. Philip Calabrese |
| ) | |
| v. ) | |
| ) | |
| RICHARD GOULD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Mr. Gould moves to waive the special condition of his sentence relating to community service based on his health condition. Based on the proceedings in this case, the Court is well aware of Mr. Gould's physical ailments, treatment, and limitations. And the Court appreciates the update counsel provided in her motion. From the Court's perspective, community service was an integral part of the sentence imposed, and Mr. Gould has other options for completing community service consistent with his physical condition. For example, he might be able to engage in community service online, such as by speaking to schools, teaching civics, or the like. For these reasons, the Court **DENIES** the motion.

    **SO ORDERED.**

1

Dated: January 2, 2024

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio

2